20770-00141

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TERESA ALFEREZ | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 02-2907 |
| | : | |
| 3M CORPORATION | : | |

**DEFENDANT, 3M CORPORATION'S ANSWER
TO PLAINTIFF'S COMPLAINT**

Defendant, 3M Corporation, by and through its attorneys, Marshall, Dennehey, Warner, Coleman and Goggin, herewith files this Answer to plaintiff's Complaint:

**FIRST DEFENSE**

The allegations contained in paragraph 1, 5, 7, 8-13 are denied. Following a reasonable investigation, answering defendant is without knowledge or information sufficient to form a belief as to the truth of the averments contained in paragraphs 1, 5, 7-13 of plaintiff's Complaint and accordingly denies same and demands strict proof thereof if deemed material.

**SECOND DEFENSE**

The allegations contained in paragraph 2 of plaintiff's Complaint are specifically denied. Defendant, 3M Corporation is a corporation organized and existing under the laws of the State of

Minnesota. The remaining allegations contained in paragraph 2 of plaintiff's Complaint are admitted.

### THIRD DEFENSE

The allegations contained in paragraphs 4 and 6 of plaintiff's Complaint are admitted.

### FOURTH DEFENSE

Plaintiff's Complaint fails to set forth the cause of action and/or claim for relief.

### FIFTH DEFENSE

The superseding negligence of parties and/or entities over which this defendant had no control nor right to control relieves the answering defendant of any liability.

### SIXTH DEFENSE

The claims of the plaintiff are barred by the applicable statute of limitations.

### SEVENTH DEFENSE

Liability of this defendant, if any, is mitigated by the provisions of the Pennsylvania Comparative Negligence Statute.

### EIGHTH DEFENSE

Plaintiff assumed the risk.

WHEREFORE, answering defendant demands judgment in its favor and against the plaintiff.

          MARSHALL, DENNEHEY, WARNER,
          COLEMAN & GOGGIN


          _____
          BRADLEY D. REMICK, ESQUIRE
          Attorney for defendant, 3M Corporation