20770-00141

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TERESA ALFEREZ | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 02-2907 |
| | : | |
| 3M CORPORATION | : | |

## CONSENT TO JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28 U.S.C. §636(c), the undersigned party or parties to the above-captioned civil matter hereby voluntarily consent to have a United States magistrate judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment.

DATE: _____    _____
BRADLEY D. REMICK, ESQ.
Attorney for defendant