IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TERESA ALFEREZ, | : | CIVIL ACTION |
| Plaintiff | : | |
| | : | |
| VS. | : | |
| | : | |
| 3M CORPORATION, | : | |
| Defendant | : | NO. 02-2907 |

SCHEDULING ORDER

AND NOW, this 26th day of June, 2002, it is hereby ORDERED that, upon agreement of counsel:

1. All discovery shall be completed by September 30, 2002.

2. Dispositive motions shall be filed by October 7, 2002, and responded to by October 21, 2002.

3. A settlement conference will be held before the undersigned on Monday, November 4, 2002, at 10:00 a.m. in chambers.

4. Pretrial memoranda, proposed points for charge, and proposed interrogatories to the jury shall be filed by November 12, 2002.

4. Jury selection is scheduled for Thursday, November 14, 2002, at 10:00 a.m.

5. Trial shall commence on Monday, November 18, 2002, at 9:30 a.m. in Courtroom 3D, third floor, United States Courthouse, 601 Market Street, Philadelphia, PA.

It is so ORDERED.

BY THE COURT:

_____
CHARLES B. SMITH
UNITED STATES MAGISTRATE JUDGE

6/26/02 Copy via fax to:
Francis E. Baldo, Jr., Esquire (610-565-5496)
Bradley D. Remick, Esquire (215-575-0856)